## JAMES DALRYMPLE *vs.* T. E. BUCKINGHAM.

It does not appear, from the record in this case, that the note sued on was ever read to the jury as evidence. *Held,* that for this cause the judgment of the court below is erroneous.

ON appeal from the circuit court of Chickasaw county; Hon. F. M. Rogers, judge.

*B. B. Baldwin,* for plaintiff in error.

*R. Davis,* for defendant in error.

Mr. Justice FISHER delivered the opinion of the court.

The bill of exceptions in this case professes to embody all the testimony offered by either party. It contains only the testimony of two witnesses. This under the bill of exceptions appears to have been all the evidence. From this it appears that the note sued on was not read in evidence to the jury. The verdict was therefore incorrect.

Judgment for this error reversed; new trial granted; defendant in error to pay costs.